UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSENDO GONZALEZ, Jr.,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, et al.,

Defendants.

No. 2:25-cv-02937-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 7)

Plaintiff initiated this civil action by filing a complaint on October 10, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On February 23, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient because its wholly conclusory allegations failed to state a cognizable claim and any claims plaintiff might be attempting to assert were likely time-barred. (Doc. No. 7 at 2-3.) In addition, the magistrate judge found that the granting of further leave to amend would be futile given the nature of the pleading defects and the fact that plaintiff had been unable to cure the pleading deficiencies of the original complaint noted by the court. (*Id*. at 3.) Accordingly, the magistrate judge recommended that plaintiff's first amended complaint be dismissed without further leave to amend. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) On April 8, 2026, plaintiff filed objections to the findings and recommendations. However, no argument presented provides a basis upon which to reject the pending findings and recommendations which incorporated by reference the analysis of plaintiff's allegations as set forth in the January 20, 2026 order dismissing plaintiff's original complaint. (*See* Doc. No. 5.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued February 23, 2026 (Doc. No. 7), are adopted in full;
2. Plaintiff's first amended complaint (Doc. No. 6) is dismissed without further leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE